UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NELSON CARRILLO GONZALEZ,

      Petitioner,

v.                                                                Case No.:  2:26-cv-2261-SPC-NPM

WARDEN, KROME NORTH
SERVICE PROCESSING CENTER
*et al.*,

      Respondents.

_____/

## <u>ORDER</u>

Before the Court is Petitioner Nelson Carrillo Gonzalez's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).  Carrillo Gonzalez challenges the legality of his detention in Krome North Service Processing Center in Miami, Florida.  "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should…file the petition in the district of confinement."  *Rumsfeld v. Padilla*, 542 U.S. 426, 446-47 (2004).  The Court thus finds this action should be transferred to the Miami Division of the Southern District of Florida.  28 U.S.C. § 2241(a).

Accordingly, it is

2

**ORDERED:**

1. Under 28 U.S.C. § 1631 this case is **TRANSFERRED** to the Miami Division of the Southern District of Florida for all further proceedings.

2. The Clerk is **DIRECTED** to forward the file to that Division, deny any motions as moot, terminate the deadlines, and close the Fort Myers file.

**DONE** and **ORDERED** in Fort Myers, Florida on July 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:   All Parties of Record

2