UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-25185-CIV-SINGHAL

NELSON CARRILLO GONZALES,

     Petitioner,

v.

Warden, KROME NORTH SERVICE
PROCESSING CENTER,

     Respondent.

_____/

## ORDER

**THIS CAUSE** is before the Court on Nelson Carrillo Gonzales's Petition for Writ of Habeas Corpus (DE [1]).   Petitioner alleges that he is being detained for an unconstitutionally long period by immigration officials. He has been detained since June 28, 2026.  *Id.* at 5.  He alleges that his detention violates his constitutional due process rights.  The Court construes this Petition as raisng a due process claim for indefinite detention under *Zadvydas v. Davis,* 533 U.S. 678 (2001).  But due process does not require that Petitioner here be granted release or a bond hearing.  "[T]he Government may constitutionally detain deportable aliens during the limited period necessary for their removal proceedings."  *Demore v. Kim*, 538 U.S. 510, 526 (2003).  "[D]eportation proceedings 'would be vain if those accused could not be held in custody pending the inquiry into their true character.'"  *Id.* at 523 (quoting *Wong Wing v. United States*, 163 U.S. 228, 235 (1896)).  *See Johnson v. Guzman Chavez*, 594 U.S. 523, 526 (2021) ("[A]liens are not entitled to a bond hearing while they pursue withholding of removal.").  The Supreme Court has held that detention during the pendency of removal proceedings,

*Demore*, 538 U.S. at 530, and post-removal order, *Zadvydas*, 531 U.S. at 701, is presumed reasonable and lawful up to at least six months.  Petitioner here has been detained for about one month.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Gonzales's Petition (DE [1]) is **DENIED WITHOUT PREJUDICE.**  The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of July 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and via U.S. Mail to:

Nelson Carrillo Gonzalez
A209862787
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194